# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRINITY COLEMAN

NO. 2022 KW 0734

**JULY 13, 2022**

---

In Re:    Trinity Coleman, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No. 2020-
          205803.

---

**BEFORE: HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**STAY DENIED. WRIT DENIED ON THE SHOWING MADE.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT